UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 JUN 30 P 3: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

EMILIO DeCARO,

    Plaintiff,

v.

HASBRO, INC.,

    Defendant.

Civ. A. No. 06-30107-KPN

## LOCAL RULE 7.3 CORPORATE DISCLOSURE

Pursuant to Local Rule 7.3, the undersigned counsel for defendant, Hasbro, Inc. states that Hasbro, Inc. is a public company, without a parent corporation. No publicly held company owns more than 10% of the party's stock

HASBRO, INC.
By its attorneys,

_____
Neil Jacobs  (MA Bar #249300)
Shari G. Kleiner  (MA Bar #652641)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

Dated: June 30, 2006

- 2 -

## CERTIFICATE OF SERVICE

I, Shari G. Kleiner, hereby certify that on June 30, 2006, I caused a copy of the foregoing Corporate Disclosure Statement to be served, by hand, upon counsel for the plaintiff: Tani E. Sapirstein, Esq., Sapirstein & Sapirstein, P.C. 1350 Main Street, 12th Floor, Springfield, MA 01103.

*Shari Kleiner*

Shari G. Kleiner

USIDOCS 5729286v1